UST-32, 3-03

DAVID A. BIRDSELL
Bankruptcy Trustee
216 N CENTER ST
MESA, AZ 85201
(480) 644-1080

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| BENAVIDEZ, RALPH | ) | CASE NO. 13-bk-16148-PS |
| BENAVIDEZ, ANGELA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and

not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1004 | 03/20/15 | RALPH BENAVIDEZ, Jr. and ANGELA BENAVIDEZ | $593.26 |

*September 16, 2015*
DATE

*/s/ David A. Birdsell*
David A. Birdsell, Trustee